```
                                              FILED

                                        2012 DEC 14  PM 3:08

                                        CLERK US DISTRICT COURT
                                      SOUTHERN DISTRICT OF CALIFORNIA

                                      BY_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 12CR3055-CAB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER AND JUDGMENT OF DISMISSAL OF INDICTMENT |
| LORENZO MOISES GUTIERREZ-GONZALEZ, | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Indictment charging Defendant Lorenzo Moises Gutierrez-Gonzalez with one count of Importation of Cocaine, in violation of Title 21, United States Code, Sections 952 and 960, be dismissed without prejudice and in the interest of justice.

DATED: 12/13/12.

HONORABLE CATHY ANN BENCIVENGO
United States District Court